IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT JOHNSON, | ) | 1:06-CV-00268-OWW-SMS-P |
| | ) | |
| Plaintiff, | ) | ORDER FINDING APPLICATIONS TO PROCEED IN FORMA PAUPERIS |
| vs. | ) | DEFICIENT, AND REQUIRING PLAINTIFF TO SUBMIT NEW |
| THE STATE OF CALIFORNIA, et al., | ) | APPLICATION TO PROCEED IN FORMA PAUPERIS AND CERTIFIED |
| Defendants. | ) | COPY OF TRUST ACCOUNT STATEMENT **OR** PAY FILING FEE |
| | ) | (Docs. 2 and 8) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff filed motions seeking leave to proceed in forma pauperis on February 28, 2006, and March 27, 2006. Neither application was completed properly by a staff member[1] and neither application was accompanied by a *certified copy* of plaintiff's trust account statement. See 28 U.S.C. § 1915.

///

---

[1] A staff member filled out the section of plaintiff's February 28 application entitled "Certificate," but did not make the requisite calculations.

1

Plaintiff will be provided the opportunity to submit a new application to proceed in forma pauperis and a certified copy of his trust account statement, **or** to pay the $250.00 filing fee.

Accordingly, IT IS HEREBY ORDERED that:

1. The Clerk's Office shall send to plaintiff the form for application to proceed in forma pauperis.

2. Within **thirty (30) days** of the date of service of this order, plaintiff shall submit a completed application to proceed in forma pauperis and an original certified copy of his prison trust account statement for the six month period immediately preceding the filing of the complaint, or in the alternative, pay the $250.00 filing fee for this action. Failure to comply with this order will result in a recommendation that this action be dismissed.

IT IS SO ORDERED.

**Dated:   March 30, 2006**            /s/ Sandra M. Snyder
i0d3h8                                 UNITED STATES MAGISTRATE JUDGE