1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                         EASTERN DISTRICT OF CALIFORNIA

10

11   ROBERT JOHNSON,                      1:06-cv-00268-OWW-SMS-P

12              Plaintiff,          **ORDER ADOPTING FINDINGS AND**
                                    **RECOMMENDATIONS, AND**
13   vs.                            **DISMISSING ACTION FOR FAILURE**
                                    **TO OBEY A COURT ORDER AND**
14   STATE OF CALIFORNIA, et al.,   **FAILURE TO STATE CLAIM**

15              Defendants.         (Doc. 17)

16                                  **ORDER THAT DISMISSAL COUNTS AS**
                                    **A STRIKE PURSUANT TO 28 U.S.C.**
17                                  **§ 1915(G)**

18   _____/

19

20       Plaintiff Robert Johnson ("plaintiff"), a state prisoner

21   proceeding pro se and in forma pauperis, has filed this civil

22   rights action seeking relief under 42 U.S.C. § 1983.  The matter

23   was referred to a United States Magistrate Judge pursuant to 28

24   U.S.C. § 636(b)(1)(B) and Local Rule 72-302.

25       On November 27, 2006, the Magistrate Judge filed a Findings

26   and Recommendations herein which was served on plaintiff and which

27   contained notice to plaintiff that any objection to the Findings

28   and Recommendations was to be filed within twenty days.  To date,

                                    1

plaintiff has not filed objections to the Magistrate Judge's Findings and Recommendations.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 73-305, this Court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the Court finds the Findings and Recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.    The Findings and Recommendations, filed November 27, 2006, is ADOPTED IN FULL;

2.    This action is DISMISSED, with prejudice, for plaintiff's failure to obey the court's order of October 5, 2006, and for failure to state a claim upon which relief may be granted; AND

3.    This dismissal counts as a strike pursuant to 28 U.S.C. § 1915(g).

IT IS SO ORDERED.

**Dated:    January 26, 2007**              **/s/ Oliver W. Wanger**
emm0d6                                UNITED STATES DISTRICT JUDGE